UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SERVICE LLOYDS INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>v.<br><br>NORTH AMERICAN RISK SERVICES, INC.<br>　　　　Defendant/Third Party Plaintiff<br><br>v.<br><br>TEE & GEE GROUP, LLC; et al.<br>　　　　Third Party Defendants | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 1:19-CV-518-RP<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFF/COUNTER-DEFENDANT, SERVICE LLOYDS INSURANCE COMPANY'S ORIGINAL ANSWER TO COUNTERCLAIM**

COMES NOW, Plaintiff/Counter-Defendant, Service Lloyds Insurance Company and files its Original Answer to Defendant/Counter-Plaintiff's Counterclaim and would show the Court as follows:

**SPECIFIC RESPONSES**

1.　Plaintiff/Counter-Defendant admits the allegations contained in paragraph 1 of the Defendant/Counter-Plaintiffs' Counterclaim.

2.　Plaintiff/Counter-Defendant denies the allegations contained in paragraph 2 of the Defendant/Counter-Plaintiffs' Counterclaim.

3.　Plaintiff/Counter-Defendant denies the allegations contained in the first two sentences of paragraph 3 of the Defendant/Counter-Plaintiffs' Counterclaim. Plaintiff/Counter-Defendant admits the allegations contained in the third sentence of paragraph 3 of the Defendant/Counter-Plaintiffs' Counterclaim.

1

4. Plaintiff/Counter-Defendant admits the allegations contained in the first two sentences of paragraph 4 of the Defendant/Counter-Plaintiffs' Counterclaim. Plaintiff/Counter-Defendant denies the allegations contained in the remainder of paragraph 4 of the Defendant/Counter-Plaintiffs' Counterclaim.

5. Plaintiff/Counter-Defendant incorporates by reference its responses to Defendant/Counter-Plaintiffs' allegations.

6. Plaintiff/Counter-Defendant admits the allegations contained in paragraph 6 of the Defendant/Counter-Plaintiffs' Counterclaim.

7. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 7 of the Defendant/Counter-Plaintiffs' Counterclaim.

8. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 8 of the Defendant/Counter-Plaintiffs' Counterclaim.

9. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 9 of the Defendant/Counter-Plaintiffs' Counterclaim.

10. Plaintiff/Counter-Defendant incorporates by reference its responses to Defendant/Counter-Plaintiffs' allegations.

11. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 11 of the Defendant/Counter-Plaintiffs' Counterclaim.

12. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 12 of the Defendant/Counter-Plaintiffs' Counterclaim.

13. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 13 of the Defendant/Counter-Plaintiffs' Counterclaim.

14. Plaintiff/Counter-Defendant incorporates by reference its responses to

Defendant/Counter-Plaintiffs' allegations.

15. Plaintiff/Counter-Defendant denies the allegations contained in paragraph 15 of the Defendant/Counter-Plaintiffs' Counterclaim.

16. Plaintiff/Counter-Defendant denies the allegations, if any, contained in the Prayer for Relief in Defendant/Counter-Plaintiffs' Counterclaim.

## AFFIRMATIVE DEFENSES

17. Plaintiff/Counter-Defendant pleads the prior breach of Defendant/Counter-Plaintiff.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff/Counter-Defendant prays that Defendant/Counter-Plaintiff take nothing by its claims and for such other and further relief to which Plaintiff/Counter-Defendant may be entitled.

Respectfully submitted,

**ICENOGLE & BOGGINS, P.L.L.C.**
**6805 N. Capital of Texas Hwy., Ste. 220**
**Austin, Texas 78731**
**Telephone: (512) 342-9519**
**Facsimile: (512) 342-9555**
**Email: anthony@icenoglefirm.com**

By: /s/ Anthony Icenogle
    Anthony Icenogle
    State Bar No. 10382948

**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT, SERVICE LLOYDS INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that, on this **6th** day of **June, 2019**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, including the following:

Martin S. Schexnayder
Winget, Spadafora & Schwartzberg, LLP
Two Riverway, Suite 725
Houston, Texas 77056
Schexnayder.M@wssllp.com

/s/ Anthony Icenogle
**ANTHONY ICENOGLE**