IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| SERVICE LLOYDS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN RISK SERVICES, INC.<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>TEE & GEE GROUP, LLC; CORECARE MANAGEMENT; AND PRIME HEALTH SERVICES, INC.,<br><br>Third-Party Defendants. | CIVIL ACTION NO. 1:19-CV-518 |

## REQUEST FOR ENTRY OF DEFAULT

Third-Party Plaintiff North American Risk Services, Inc. ("NARS") requests that the clerk of court enter default against Third-Party Defendant Prime Health Services, Inc. pursuant to Federal Rule of Civil Procedure 55(a). In support of this request, NARS relies upon the record in this case and the affidavit submitted herein.

Respectfully submitted,

By:   /s/ Martin S. Schexnayder
      Martin S. Schexnayder
      State Bar No. 17745610
      Federal Bar 15146

OF COUNSEL:

WINGET, SPADAFORA & SCHWARTZBERG, LLP
Farnaz Pishgazadeh
State Bar No. 2410625
Two Riverway, Suite 725
Houston, Texas  77056

Telephone: 713-343-9200
Facsimile: 713-343-9201
Schexnayder.M@wssllp.com
Pishgazadeh.F@wssllp.com

**COUNSEL FOR THIRD-PARTY PLAINTIFF
NORTH AMERICAN RISK SERVICES, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been duly and properly served upon all counsel herein in accordance with the Texas Rules of Civil Procedure, on this the 24th day of July, 2019.

Anthony Icenogle
State Bar No. 10382948
ICENOGLE & BOGGINS, P.L.L.C.
6805 N. Capital of Texas Hwy., Ste. 220
Austin, Texas 78731
Anthony@icenoglefirm.com

Diane Dawley
Lewis Brisbois
Diane.dawley@lewisbrisbois.com

/s/ Martin S. Schexnayder
Martin S. Schexnayder