IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| SERVICE LLOYDS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN RISK SERVICES, INC.<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>TEE & GEE GROUP, LLC; CORECARE MANAGEMENT; AND PRIME HEALTH SERVICES, INC.,<br><br>Third-Party Defendants. | CIVIL ACTION NO. 1:19-CV-518 |

### AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Martin S. Schexnayder, being duly sworn, state as follows:

1. I am the attorney for Third-Party Plaintiff North American Risk Services, Inc. ("NARS") in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and Third-Party Complaint were filed on May 17, 2019.

3. Third-Party Defendant Prime Health Services, Inc. ("Prime") was served with a copy of the summons and complaint on May 20, 2019, as reflected on the docket sheet by the proof of service filed on June 4, 2019. Prime's answer to the Third-Party Complaint was due on June 14, 2019.

4. Prime has failed to plead or otherwise defend within the time allowed and, therefore, is now in default.

5. Third-Party Plaintiff NARS requests that the clerk of court enter default against Prime.

Martin S. Schexnayder

SUBSCRIBED and SWORN to before me this 24th day of July, 2019.



_____
NOTARY PUBLIC in and for the State of TEXAS