IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| SERVICE LLOYDS INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN RISK SERVICES, INC.<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>TEE & GEE GROUP, LLC; CORECARE MANAGEMENT; AND PRIME HEALTH SERVICES, INC.,<br><br>Third-Party Defendants. | CIVIL ACTION NO. 1:19-CV-518 |

## CERTIFICATE OF SERVICE

I, Martin S. Schexnayder, hereby certify that I am employed by Winget, Spadafora & Schwartzberg, LLP, and am of such age and discretion as to be competent to serve papers. I further certify that on this date I caused a copy of the Motion for Entry of Default, Affidavit in Support of Motion for Entry of Default and proposed Entry of Default to be placed in a postage-paid envelope addressed to the defendant, at the address stated below, which is the last known addresses of said defendant, and deposited said envelopes in the United States mail by both regular and certified mail, return receipt requested.

**Prime Health Services, Inc.**
331 Mallory Station Rd.
Franklin, TN 37067

Respectfully submitted,

**WINGET, SPADAFORA & SCHWARTZBERG, LLP**

By: _/s/ Martin S. Schexnayder_
Martin S. Schexnayder
State Bar No. 17745610
Federal Bar No 15146
Schexnayder.M@wssllp.com

**ATTORNEY IN CHARGE FOR DEFENDANT NORTH AMERICAN RISK SERVICES, INC.**

OF COUNSEL:

**WINGET, SPADAFORA & SCHWARTZBERG, LLP**
Two Riverway, Suite 725
Houston, Texas 77056
Telephone: 713-343-9200
Facsimile: 713-343-9201

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been duly and properly served upon all counsel herein in accordance with the Texas Rules of Civil Procedure, on this the 24th day of July, 2019.

Anthony Icenogle
State Bar No. 10382948
ICENOGLE & BOGGINS, P.L.L.C.
6805 N. Capital of Texas Hwy., Ste. 220
Austin, Texas 78731
Anthony@icenoglefirm.com

Diane Dawley
Lewis Brisbois
Diane.dawley@lewisbrisbois.com

/s/ Martin S. Schexnayder
Martin S. Schexnayder