IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SERVICE LLOYDS INSURANCE COMPANY | § § § § § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 1:19-CV-518 |
| NORTH AMERICAN RISK SERVICES, INC. | | |
| Defendant/Third-Party Plaintiff, | | |
| v. | | |
| TEE & GEE GROUP, LLC; CORECARE MANAGEMENT; AND PRIME HEALTH SERVICES, INC., | | |
| Third-Party Defendants. | | |

## ENTRY OF DEFAULT

Third-Party Plaintiff North American Risk Services, Inc. requests that the clerk of court enter default against Third-Party Defendant Prime Health Services, Inc. pursuant to Federal Rule of Civil Procedure 55(a).

It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of Third-Party Defendant Prime Health Services, Inc. is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of _____, 2019.

_____
Clerk of Court