## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| SERVICE LLOYDS INSURANCE COMPANY | § § § | |
| Plaintiff | § | |
| v. | § | Civil No. A-19-CV-518-RP |
| | § | |
| NORTH AMERICAN RISK SERVICES INC. | § § | |
| | § | |
| Defendant/Third-Party Plaintiff | § | |
| | § | |
| and | § | |
| | § | |
| TEE & GEE GROUP, LLC; CORECARE MANAGEMENT; AND PRIME HEALTH SERVICES, INC. | § § § | |
| | § | |
| Third-Party Defendants | § | |

## **CLERK'S ENTRY OF DEFAULT**

IT APPEARING from the records of the above-entitled action that service of the Third-Party Complaint has been made upon the third-party defendant Prime Health Services, Inc., and it further appearing from the Defendant/Third-Party Plaintiff's motion and affidavit that said Third-Party Defendant has failed to plead, respond, or otherwise defend in said action as directed.

NOW, THEREFORE, on Defendant's/Third-Party Plaintiff's request, this the 25th day of July , 2019, DEFAULT is hereby entered against Prime Health Services, Inc.

JEANNETTE J. CLACK, CLERK
U.S. DISTRICT COURT
By: *Jencha Damian*
Deputy Clerk