**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **SERVICE LLOYDS INSURANCE COMPANY**<br><br>**Plaintiff,**<br>**v.**<br><br>**NORTH AMERICAN RISK SERVICES, INC.**<br><br>**Defendant/Third-Party Plaintiff,**<br><br>**v.**<br><br>**TEE & GEE GROUP, LLC; CORECARE MANAGEMENT; AND PRIME HEALTH SERVICES, INC.,**<br><br>**Third-Party Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 1:19-CV-518** |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Third-Party Plaintiff North American Risk Services, Inc. ("NARS") requests that entry of judgment by default be entered against Third-Party Defendant Prime Health Services, Inc. pursuant to Federal Rule of Civil Procedure 55(b)(2). n support of this request, Third-Party Plaintiff NARS relies upon the record in this case and the affidavit submitted herein.

Respectfully submitted,

By: */s/ Martin S. Schexnayder*
Martin S. Schexnayder
State Bar No. 17745610
Federal Bar 15146

**OF COUNSEL:**

WINGET, SPADAFORA & SCHWARTZBERG, LLP
Farnaz Pishgazadeh
State Bar No. 2410625
Two Riverway, Suite 725
Houston, Texas 77056

Telephone: 713-343-9200
Facsimile: 713-343-9201
Schexnayder.M@wssllp.com
Pishgazadeh.F@wssllp.com

**COUNSEL FOR THIRD-PARTY PLAINTIFF NORTH AMERICAN RISK SERVICES, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been duly and properly served upon all counsel herein in accordance with the Federal Rules of Civil Procedure, on this the 29th day of July, 2019, and that service of the foregoing instrument has been accomplished either through electronic mail or via automatic circulation through the CM/ECF Portal.

Anthony Icenogle
ICENOGLE & BOGGINS, P.L.L.C.
6805 N. Capital of Texas Hwy., Ste. 220
Austin, Texas 78731
Anthony@icenoglefirm.com

Diane Dawley
Lewis Brisbois
Diane.dawley@lewisbrisbois.com

/s/ Martin S. Schexnayder
Martin S. Schexnayder