IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SERVICE LLOYDS INSURANCE COMPANY | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:19-CV-518 |
| NORTH AMERICAN RISK SERVICES, INC. | § § § § | |
| Defendant/Third-Party Plaintiff, | § § | |
| v. | § § | |
| TEE & GEE GROUP, LLC; CORECARE MANAGEMENT; AND PRIME HEALTH SERVICES, INC., | § § § § | |
| Third-Party Defendants. | § | |

## DEFAULT JUDGMENT

Third-Party Defendant Prime Health Services, Inc. ("Prime") having failed to appear, plead or otherwise defend in this action, and default having been entered on July 25, 2019, and counsel for Third-Party Plaintiff North American Risk Services, Inc. ("NARS") having requested judgment against the defaulted defendant and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Third-Party Plaintiff NARS and against Third-Party Defendant Prime, as follows: in the event that NARS is found liable for any damages sought by Plaintiff, that NARS may have recovery against Prime for any and all damages arising from Prime's conduct in this matter, including but not limited to penalties and fines which resulted from Prime's alleged inaccurate and untimely EDI (Electronic Data Interchange) filings;

Plus interest on the judgment at the legal rate until the judgment is satisfied.

Dated this _____ day of _____, 2019.

_____
HONORABLE JUDGE PRESIDING