UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SERVICE LLOYDS INSURANCE COMPANY, § § § <br> Plaintiff, § § <br> v. § <br> § <br> NORTH AMERICAN RISK SERVICES, § <br> INC. § § <br> Defendant/Third Party Plaintiff § § <br> v. § § <br> TEE & GEE GROUP, LLC; § <br> CORECARE MANAGEMENT; and § <br> PRIME HEALTH SERVICES, INC.; § § <br> Third Party Defendants § | 1:19-CV-518-RP |

NOTICE CONCERNING REFERENCE TO
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party Service Lloyds Insurance Company through counsel Anthony Icenogle

____ consents to having a United States Magistrate Judge preside over the trial of this case.

__X_ declines to consent to trial before a United States Magistrate Judge.

                                          Respectfully submitted,

                                           /s/ Anthony Icenogle_____

                                          Attorney for:

                                           _Service Lloyds Insurance Company____