IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |  |
|---|---|---|
| SERVICE LLOYDS INSURANCE COMPANY | § § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 1:19-CV-518 |
| | § | |
| NORTH AMERICAN RISK SERVICES, INC. | § § § | |
| Defendant/Third-Party Plaintiff, | § § | |
| v. | § § | |
| TEE & GEE UNDERWRITING MANAGERS, LP; CORECARE MANAGEMENT; AND PRIME HEALTH SERVICES, INC., | § § § § § | |
| Third-Party Defendants. | § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. §626(c), Federal Rule of Civil Procedure 72, and the Local Rules of the United States District Court for the Western District of Texas, the following party North American Risk Services, Inc. through counsel Martin Schexnayder

\_\_\_\_\_ consents to having a United States Magistrate Judge preside over the trial of this case.

\_\_X\_\_ declines to consent to trial before a United States Magistrate Judge.

                                                            Respectfully submitted,

By:   */s/ Martin S. Schexnayder*
          Martin S. Schexnayder
          State Bar No. 17745610
          Federal Bar 15146

OF COUNSEL:

WINGET, SPADAFORA & SCHWARTZBERG, LLP
Farnaz Pishgazadeh
State Bar No. 2410625
Two Riverway, Suite 725
Houston, Texas 77056
Telephone: 713-343-9200
Facsimile: 713-343-9201
Schexnayder.M@wssllp.com
Pishgazadeh.F@wssllp.com

**COUNSEL FOR THIRD-PARTY PLAINTIFF
NORTH AMERICAN RISK SERVICES, INC.**