IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS\
AUSTIN DIVISION

| | |
|---|---|
| SERVICE LLOYDS INSURANCE COMPANY § § § | |
| V. § § | |
| NORTH AMERICAN RISK SERVICES, INC. § § | CIVIL ACTION NO. 1:19-CV-518 |
| V. § § § | |
| TEE & GEE GROUP, LLC; CORE CARE MANAGEMENT; and, PRIME HEALTH SERVICES, INC. § § § | |

**DEFENDANT, CORE CARE MANAGEMENT'S NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 626(c), FEDERAL RULES OF CIVIL PROCEDURE 73 and the Local Rules of the United States District Court for the Western District of Texas, the following party **CORE CARE MANAGEMENT** through counsel Josh K. Davis:

___    consents to having a United States Magistrate Jude preside over the trial of this case.

_X_    Declines to consent to trial before a United States Magistrate Judge.

        Respectfully Submitted,

        **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

        */s/ Josh K. Davis*
        **JOSH K. DAVIS**
        Texas Bar No. 24031993
        Josh.Davis@lewisbrisbois.com
        **DIANE P. DAWLEY**
        Texas Bar No. 24029777
        Diane.Dawley@lewisbrisbois.com

24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767—Telephone
(713) 759-6830—Facsimile

**ATTORNEYS FOR DEFENDANT,
CORE CARE MANAGEMENT**

## CERTIFICATE OF SERVICE

Upon the filing of this instrument, it will be served upon all persons enrolled in this case for electronic service under the CM/ECF system pursuant to the FEDERAL RULES OF CIVIL PROCEDURE on this 16TH day of September 2019.

| | |
|---|---|
| Anthony Icenogle<br>ICENOGLE & BOGGINS, PLLC<br>6805 N. Capital of Texas Highway, Suite 220<br>Austin, TX 78831 | *Via E-Mail:  Anthony@icenoglefirm.com* |
| Martin S. Schexnayder<br>WINGET, SPADAFORA & SCHWARTZBERG, LLP<br>Two Riverway, Suite 725<br>Houston, TX 77056 | *Via E-Mail:  Schexnayder.M@wssllp.com* |
| Jason R. Jobe<br>Caitlin W. Roberts<br>THOMPSON, COE, COUSINS & IRONS, LLP<br>Plaza of the Americas<br>700 N. Pearl Street, Twenty-Fifth Floor<br>Dallas, TX 75201-2832 | *Via E-Mail:  jjobe@thompsoncoe.com*<br>*Via E-Mail:  croberts@thompsoncoe.com* |

                                                          */s/ Josh K. Davis*
                                                        **JOSH K. DAVIS**