UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SERVICE LLOYDS INSURANCE COMPANY, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-518-RP |
| NORTH AMERICAN RISK SERVICES, INC. | § § § § | |
| Defendant/Third Party Plaintiff | § § § | |
| v. | § § | |
| TEE & GEE UNDERWRITING MANAGERS, LP; CORECARE MANAGEMENT; and PRIME HEALTH SERVICES, INC.; | § § § § § | |
| Third Party Defendants | § § | |

**JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

The parties, through their counsel, file this joint alternative dispute resolution report, pursuant to Local Rule CV-88 and the Court's Scheduling Order.

1. The parties have not yet initiated settlement discussions.

2. Persons responsible for settlement negotiations for each party:

   A. For the plaintiff:  Anthony Icenogle

   B. For the defendant:  Marty S. Schexnayder

   C. For third party defendant, CoreCare Management:  Josh K. Davis

   D. For third party defendant, Tee & Gee Underwriting Managers, LP:  Jason Jobe

3.      The parties agree that ADR is appropriate in this case. The parties have agreed to mediate the case and have selected Dean Kilgore to serve as the mediator. The mediator will be compensated under the mediator's standard fee structure by the parties.

Respectfully submitted this 30th day of September, 2019.

By: /s/ Anthony Icenogle
Anthony Icenogle
ICENOGLE & BOGGINS, P.L.L.C.
6805 N. Capital of Texas Hwy., Ste. 220
Austin, Texas 78731
Anthony@icenoglefirm.com

**COUNSEL FOR PLAINTIFF SERVICE LLOYDS INSURANCE COMPANY**

By: /s/ Martin S. Schexnayder
Martin S. Schexnayder
WINGET, SPADAFORA & SCHWARTZBERG, LLP
Two Riverway, Suite 725
Houston, Texas 77056
Schexnayder.M@wssllp.com

**COUNSEL FOR DEFENDANT NORTH AMERICAN RISK SERVICES, INC.**

By: /s/ Josh K. Davis
Josh K. Davis
LEWIS BRISBOIS
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Diane.dawley@lewisbrisbois.com

**COUNSEL FOR THIRD-PARTY DEFENDANT CORECARE MANAGEMENT**

By: /s/ Jason Jobe
Jason Jobe
THOMPSON COE
700 N. Pearl St., 25th Floor
Dallas, TX 75201
Jjobe@thompsoncoe.com

**COUNSEL FOR THIRD-PARTY DEFENDANT TEE & GEE UNDERWRITING MANAGERS, LP**