IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **SERVICE LLOYDS INSURANCE COMPANY** § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 1:19-CV-518 |
| § | |
| **NORTH AMERICAN RISK SERVICES, INC.** § § § | |
| Defendant/Third-Party Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **TEE & GEE GROUP, LLC; CORECARE MANAGEMENT; AND PRIME HEALTH SERVICES, INC.,** § § § § | |
| Third-Party Defendants. § | |

### NARS' RESPONSE TO THIRD-PARTY
### DEFENDANT PRIME HEALTH'S MOTION TO COMPEL

Defendant/Third-Party Plaintiff North American Risk Services, Inc. ("NARS") files this Response to Third-Party Defendant Prime Health Services, Inc.'s ("Prime") Motion to Compel, and would show as follows:

1.

NARS does not object to the relief requested in Prime's motion – to have the opportunity to depose NARS employee Tiffany Curry before presenting its corporate representative for deposition. However, NARS does not want to alter the current agreed corporate representative deposition schedule until this Court rules on CoreCare's motion to compel, which NARS opposes. Once this Court rules that CoreCare must present its corporate representative as agreed, then NARS will agree to postpone the deposition of

1

Prime's corporate representative until after Ms. Curry is deposed. In fact, this is what counsel for NARS informed counsel for Prime before Prime filed its motion, but apparently Prime felt it necessary to proceed with its motion in any event.

Respectfully submitted,

**WINGET, SPADAFORA & SCHWARTZBERG, LLP**

By:     /s/ Martin S. Schexnayder
Martin S. Schexnayder
State Bar No. 17745610
Federal Bar 15146
Two Riverway, Suite 725
Houston, Texas 77056
Telephone: 713-343-9200
Facsimile: 713-343-9201
Schexnayder.M@wsllp.com

**COUNSEL FOR DEFENDANT/THIRD-PARTY PLAINTIFF NORTH AMERICAN RISK SERVICES, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been duly and properly served upon all counsel herein on August 12, 2020, in accordance with the Federal Rules of Civil Procedure.

/s/ Martin S. Schexnayder
Martin S. Schexnayder
